IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CANTRELL, | |
| Plaintiff, | CIVIL ACTION NO. 1:16-cv-00085-SCJ |
| v. | |
| MATTHEW A. DICKASON, P.C, MATTHEW A. DICKASON, and ZACH WACHS, | |
| Defendants. | |

## ORDER

The above-captioned case is before the Court for consideration of the Parties' Joint Motion for Approval of Settlement of FLSA Claims. The Court has considered and reviewed the Parties' Motion and the proposed Settlement Agreement in this case and has determined Plaintiff has not compromised her FLSA claim and thus, such settlement is approved. Accordingly, the Court hereby **GRANTS** the Parties' Joint Motion, **APPROVES** the Settlement Agreement entered into by the Parties, and **ORDERS** the Plaintiff's FLSA claims dismissed with prejudice. Except as stated in the Settlement Agreement, each party shall bear its own costs of litigation and attorney's fees.

**SO ORDERED** this 11th day of December, 2017.

s/Steve C. Jones
The Honorable Steve C. Jones
United States District Judge